UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rogelio Alvarez, | ) CASE NO.: 2:19-cv-07452-SVW-RAO |
| Plaintiff | ) JUDGMENT |
| vs. | ) |
| F&K Atlantic Properties, LLC et al, | ) |
| Defendant. | ) |

Judgment is entered for Plaintiff, Rogelio Alvares and against Defendants F&K Atlantic Properties, LLC and Daoud DDS, Inc., pursuant to the Court's order dated April 6, 2020, for the sum certain being $4,001.00.

DATE:  April 6, 2020

STEPHEN V. WILSON, U.S. DISTRICT JUDGE